UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTONIEL ABDON ORTIZ PEREZ (A# 202-022-937),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ICE PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-04682-DC-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 10, 11)

Petitioner is a federal immigration detainee proceeding pro se who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice to that any objections to the findings and recommendations were to be filed within three days. (ECF No. 11.) Respondents filed objections to the findings and recommendations, merely stating that they object "[f]or the reasons set forth in Respondent's previous briefing." (ECF No. 12.) However, those arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases. Specifically, this court has found that a noncitizen who has lived in the United States for an extended period of time without having been admitted is subject to discretionary detention during removal

proceedings pursuant to 8 U.S.C. § 1226(a) and is entitled to a pre-deprivation bond hearing under that section. *See Alvarez Maciel v. Noem*, No. 1:26-cv-01318-DC-CKD, 2026 WL 496948 (E.D. Cal. Feb. 23, 2026) (granting injunctive relief of immediate release for noncitizen who was detained by U.S. immigration authorities after living in the United States for over twenty years); *Barajas Ortiz v. Chestnut*, No. 1:26-cv-01167-DC-SCR, 2026 WL 508419 (E.D. Cal. Feb. 24, 2026) (same as to noncitizen who had lived in United States for over 30 years); *Acevedo Duran v. Albarran*, No. 1:26-cv-01108-DC-CSK, Doc. No. 11 (E.D. Cal. Feb. 26, 2026) (same as to noncitizen who had lived in United States for approximately 2–3 years); *Zuniga Cruz v. Noem*, No. 1:26-cv-01818-DC-EFB, 2026 WL 890471 (E.D. Cal. Mar. 31, 2026) (granting motion for temporary restraining order and habeas petition as to the petitioner's Immigration and Nationality Act claim where the petitioner lived in the United States for eight years before his detention); *Mendez Juarez v. Warden, Mesa Verde Detention Center*, No. 1:26-cv-02045-DC-CSK, Doc. Nos. 1, 14 (same as to noncitizen who lived in United Stats for approximately four years); *Calle-Brito v. Santacruz*, No. 1:26-cv-02355-DC-CSK, Doc. Nos. 1, 14 (same as to noncitizen who resided in United States for approximately 3.5 years); *Jimenez Orellana v. Johnson*, 1:26-cv-02960-DJC-SCR, Doc. Nos. 1, 9 (E.D. Cal. Apr. 27, 2026) (same as to noncitizen who resided in United States for approximately 1–2 years); *Rauda Molina v. Chestnut*, 1:26-cv-01644-DJC-JDP, Doc. Nos. 1, 10 (E.D. Cal. Mar. 6, 2026) (same as to noncitizen who resided in United States for approximately two years). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 15, 2026 (ECF No. 11), are ADOPTED;

2. Petitioner Otoniel Abdon Ortiz Perez's (A#202-022-937) application for a writ of

habeas corpus (ECF No. 1) is GRANTED on Count One of the § 2241 petition, as follows:

a. Respondents shall IMMEDIATELY RELEASE Petitioner from custody and RETURN all of Petitioner's documents and possessions upon release;

b. Respondents shall not impose any additional restriction on Petitioner at the time of his release, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;

c. In the event that Respondents seek to re-detain Petitioner, Respondents shall first provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §1236.1(c)(8);

3. Respondents shall file a Notice of Compliance within three (3) days of the date of entry of this order;

4. Petitioner's pending motion (ECF No. 10) is DISMISSED as having been rendered moot by this order;

5. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

6. The Clerk of the Court is directed to serve both the California City Detention Facility and the Central Valley ICE Processing Center with a copy of this order since Petitioner could not be located by using ICE's Detainee Locator System;

7. The Clerk of the Court is directed to enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dena Coggins
United States District Judge